```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 27871
   RHODA M SOL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-1928


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/17/2008 and was not confirmed.

    The case was dismissed without confirmation 01/28/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                             PAID             PAID
------------------------------------------------------------------------------
ALLIANT CREDIT UNION       SECURED VEHIC      9000.00           .00              .00
ALLIANT CREDIT UNION       UNSECURED        NOT FILED           .00              .00
INDYMAC BANK               CURRENT MORTG         .00            .00              .00
INDYMAC BANK               CURRENT MORTG         .00            .00              .00
ABN AMRO                   UNSECURED        NOT FILED           .00              .00
AMERICAN HONDA FINANCE C   UNSECURED          5706.68           .00              .00
AMERIFIRST HOME IMPROVEM   UNSECURED         14900.24           .00              .00
ECAST SETTLEMENT CORP      UNSECURED         24165.18           .00              .00
PRA RECEIVABLES MGMT       UNSECURED         15764.22           .00              .00
CHASE                      UNSECURED        NOT FILED           .00              .00
CHASE BP                   UNSECURED        NOT FILED           .00              .00
DVRA BILLING               UNSECURED        NOT FILED           .00              .00
FREMONT INVESTMENT & LOA   NOTICE ONLY      NOT FILED           .00              .00
DISH NETWORK               UNSECURED        NOT FILED           .00              .00
MED BUSI BUR               UNSECURED        NOT FILED           .00              .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED           .00              .00
MIRAMED REVENUE GROUP      UNSECURED        NOT FILED           .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1163.36           .00              .00
NICOR GAS                  UNSECURED        NOT FILED           .00              .00
LVNV FUNDING               UNSECURED          8602.37           .00              .00
REVENUE PRODUCTION MGT     UNSECURED        NOT FILED           .00              .00
REVENUE PRODUCTION MGT     UNSECURED        NOT FILED           .00              .00
ROGERS PARK ONE DAY SURG   UNSECURED        NOT FILED           .00              .00
ROGERS PARK ONE DAY SURG   UNSECURED          7054.81           .00              .00
SWEDISH COVENANT HOSPITA   UNSECURED        NOT FILED           .00              .00
TARGET NATIONAL BANK       UNSECURED           478.63           .00              .00
VERIZON WIRELESS           UNSECURED        NOT FILED           .00              .00
ROUNDUP FUNDING LLC        UNSECURED          2719.21           .00              .00
INDY MAC BANK              MORTGAGE NOTI    NOT FILED           .00              .00
INDYMAC BANK               SECURED NOT I       54.90            .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          2887.24           .00              .00
IRENE CODINA               NOTICE ONLY      NOT FILED           .00              .00
INTERNAL REVENUE SERVICE   SECURED          12000.00            .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED           .00              .00
UNITED STATES ATTY GENER   NOTICE ONLY      NOT FILED           .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 27871 RHODA M SOL
```

```
US ATTORNEYS OFFICE        NOTICE ONLY   NOT FILED              .00              .00
LEGAL HELPERS PC           DEBTOR ATTY        .00                                .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
                                RECEIPTS           DISBURSEMENTS

TRUSTEE                              .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------    ---------------
TOTALS                               .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE